UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL HALE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:12CV01490 AGF |
| | ) | |
| WHOLE FOODS MARKET GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This employment discrimination matter is before the Court on Plaintiff Michael Hale's motion for reconsideration of the Court's Memorandum and Order dated May 23, 2014, that denied Plaintiff's motion to compel discovery and motion to supplement discovery. Upon review of the record,

**IT IS HEREBY ORDERED** that Plaintiff's motion for reconsideration is **GRANTED** to the extent that Plaintiff shall be permitted to take the depositions of Michael Bashaw, Shannon Chronister, Brian Gourley, Jared Holt, and Jason Nosser, to be completed within 30 days of the date of this Order; and Defendant shall produce, within seven days of the date of this Order all emails pertaining to Plaintiff and his claims in this case. (Doc. No. 64).

**IT IS FURTHER ORDERED** that Plaintiff shall have 45 days from the date of this Order to supplement his response to Defendant's motion for summary judgment, in light of any new relevant evidence he obtains from the above-noted depositions and/or

emails. Defendant's reply to Plaintiff's response shall be due seven days after such a supplement is filed, or if none is filed, 50 days from the date of this Order.

**IT IS FURTHER ORDERED** that the trial date of October 14, 2014, is **VACATED** to be reset, as appropriate, after the Court rules on the motion for summary judgment.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 20th day of June, 2014.